UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DELIA HERNANDEZ DUQUE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:25-cv-00231-SEB-KMB |
| | ) |
| SCOTTY MAPLES, | ) |
| KRISTI NOEM, | ) |
| PAMELA BONDI, | ) |
| SAMUEL OLSON, | ) |
| TODD LYONS, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Pending before the Court is Habeas Petitioner Delia Hernandez Duque's motion for temporary restraining order, asking the Court to prevent Respondents from transferring her outside of this Court's jurisdiction while her habeas petition remains pending. Dkt. 2. Ms. Hernandez Duque's motion to amend the motion for temporary restraining order asks the Court to prevent her transfer outside of the United States. Dkt. 6.

Finding good cause, this Court **grants** the motions, dkt. [2], [6], to the limited extent that, pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court orders the following. **Respondents shall not transfer Petitioner outside the jurisdiction of the United States or transfer her to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin during the pendency of this habeas petition**. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter.");

*United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

The **clerk is directed to email a copy** of this Order to Shelese Woods, Chief of the Civil Division, United States Attorney's Office, Southern District of Indiana, and the duty AUSA.

**IT IS SO ORDERED.**

Date: 11/25/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Office of the United States Attorney by Electronic Service

Scott A Maples Jr
Clark County Sheriff
501 East Court Avenue
Jeffersonville, IN 47130

Courtesy copies (by electronic mail):

Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)

Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)