UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DELIA HERNANDEZ DUQUE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:25-cv-00231-SEB-KMB |
| ) | |
| SCOTTY MAPLES, ) | |
| KRISTI NOEM, ) | |
| PAMELA BONDI, ) | |
| SAMUEL OLSON, ) | |
| TODD LYONS, ) | |
| ) | |
| Respondents. ) | |

**ORDER DIRECTING FURTHER PROCEEDINGS**

On December 1, 2025, Respondents notified the Court that habeas petitioner, Delia Hernandez Duque, had been deported to her native country of Guatemala in violation of the Court's Order granting Ms. Hernandez Duque's motion for temporary restraining order. Dkt. 12; *see* dkt. 8. On December 2, the Court issued an order directing Respondents to show cause why they should not be sanctioned and to disclose their intentions/plans to return Ms. Hernandez Duque to this Court's jurisdiction to take up the pending habeas petition and render a decision. Dkts. 13, 14. On December 5, Respondents responded, including a sworn declaration, notifying the Court that efforts are underway by the Department of Homeland Security and Ms. Hernandez Duque's counsel to return her to the United States. Dkt. 15 at 4. Respondents represent that a special parole request has been submitted to bring Ms. Hernandez Duque back to the United States and, once approved, they expect that she will be located and returned. Dkt. 15-1 ¶ 18.

Respondents are hereby directed to continue their efforts to locate Ms. Hernandez Duque and return her to the jurisdiction of this court. The Court further **orders** Respondents to file a notice updating the Court on these efforts by no later than **December 17, 2025**.

**IT IS SO ORDERED.**

Date: 12/9/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rania Attum
rania@attumlaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov