UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DELIA HERNANDEZ DUQUE A# 088 961 469, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SCOTTY MAPLES in his official capacity as ) <br> Jailer of Clark County Detention Center, et al., ) <br> ) <br> Respondents. ) | No. 4:25-cv-00231-SEB-KMB |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on January 14, 2026, and issued final judgment that same day. Dkts. 32, 33. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel