UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DELIA HERNANDEZ DUQUE A# 088 961 469, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:25-cv-00231-SEB-KMB |
| ) | |
| SCOTTY MAPLES in his official capacity as ) | |
| Jailer of Clark County Detention Center, et al., ) | |
| ) | |
| Respondents. ) | |

**Amended Final Judgment**

The Court has granted the petition for a writ of habeas corpus. Within 48 hours of the Court's January 14, 2026, Order, Respondents must release Petitioner from custody subject to her most recent order (and conditions) of supervision. The Court now enters final judgment.

Date: 1/22/2026

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel